# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-00136-CR-01-W-BCW |
| | ) | |
| MICHAEL D. DREW, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 7, 2026, the Grand Jury returned a four-count Superseding Indictment charging Defendant Michael D. Drew with possession with intent to distribute methamphetamine (Count One), possession of a firearm in furtherance of drug trafficking (Count Two), being a felon in possession of a firearm (Count Three), and possession of an unregistered firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Robert M. Smith and Ellen Judy
Case Agent: Det. Kevin Baar, KCPD
Defense: Shazzie Naseem
Paralegal: Alexandra Gleason

**CERTIFICATE OF COMPLIANCE:** The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**:

| 10/31/2025 | view40 | MOTION to suppress *Search Warrant and Evidence Obtained in Violation of Fourth Amendment Rights* by Michael D Drew. Suggestions in opposition/response due by 11/14/2025 unless otherwise directed by the court. (Naseem, Shazzie) (Entered: 10/31/2025) |
|---|---|---|

| | | |
|---|---|---|
| 03/05/2026 | ⌐ view47 | REPORT AND RECOMMENDATION as to Michael D Drew re 40 Motion to Suppress Search Warrant and Evidence Obtained in Violation of Fourth Amendment Rights. Objections to R&R due by 3/19/2026. Signed on 3/5/2026 by Magistrate Judge Lajuana M. Counts. (SLB) (Entered: 03/05/2026) |

**TRIAL WITNESSES**:
   Government: 5-7 with or without stipulations
   Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
   Government: approximately 20-40 exhibits
   Defendant: approximately 1 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
   (X) Definitely for trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
   Government's case including jury selection: 2 days
   Defendant: ½  day

**STIPULATIONS**: The parties are still exploring stipulations.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #22):

   **Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

   Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

   **Motion in Limine: Due no later than fourteen days prior to trial.**

   **Stipulations: Due no later than fourteen days prior to trial.**

   **Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

   **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for June 1, 2026.

Normal jury panel: **Yes**

**Please note:** The parties are requesting the first week of the docket.

**IT IS SO ORDERED.**

 */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge

3