**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CR-00136-BCW-1 |
| | ) | |
| MICHAEL D. DREW, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #47) concerning Defendant's motion to suppress (Doc. #40).

On June 27, 2024, Defendant was indicted on Count One, Possession with Intent to Distribute Methamphetamine; Count Two, Possession of a Firearm in Furtherance of Drug Trafficking; Count Three, Felon in Possession of a Firearm; and Count Four, Possession of an Unregistered Firearm. (Doc. #1).

On October 31, 2025, Defendant filed a motion to suppress all evidence obtained as a result of the search warranted executed on March 18, 2024, at 3906 Baltimore Avenue #407, Kansas City, Missouri. (Doc. #40). On March 5, 2026, Judge Counts issued the instant Report and Recommendation recommending the Court deny Defendant's motion to suppress. (Doc. #47). Defendant has not filed his suggestions in opposition, and the time to do so has passed.

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order. (Doc. #47). It is further

1

ORDERED Defendant's motion to suppress (Doc. #40) is DENIED for the reasons stated in the Report and Recommendation.

IT IS SO ORDERED.

Dated: <u>May 18, 2026</u>                                      /s/ Brian C. Wimes
                                                                               BRIAN C. WIMES, CHIEF JUDGE
                                                                               UNITED STATES DISTRICT COURT

2